United States District Court
Southern District of Texas
ENTERED
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HAZIFULLAH MUHAMMAD AMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1024 |
| | § | |
| PAMELA BONDI[1] *et al.* | § | |

**ORDER**

Before the Court is Petitioner's Motion to Dismiss Petition Without Prejudice (Dkt. No. 8). In the motion, Petitioner seeks dismissal of this action acknowledging that a habeas petition had already been filed when initiating this matter (Dkt. No. 8 at 1).

"Rule 41(a)(2) of the Federal Rules of Civil Procedure provides, in relevant part, that after a [respondent] files an answer or a motion for summary judgment 'an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper.'" *Harris v. Devon Energy Prod. Co.*, 500 F. App'x 267, 268 (5th Cir. 2012); *see also* Fed. R. Civ. P. 81(a)(4). "Voluntary dismissals 'should be freely granted,' but a [petitioner's] request will not be allowed if 'the non-moving party will suffer some plain legal prejudice.'" *Harris*, 500 F. App'x at 268 (quoting *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002)). Prejudice must be something beyond "the mere prospect of a second lawsuit. It is not a bar to dismissal that [petitioner] may obtain some tactical advantage thereby." *Collins v. Ferrell Gas, Inc.*, No. 95-433, 1995 WL 572041, at *1 (E.D. La. Sept. 26, 1995) (quoting *Manshack v. Sw. Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990)).

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Venturella is automatically substituted for Respondent Todd Lyons in this case. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

Here, Respondents requested that Petitioner move to dismiss (Dkt. No. 7 at 2). Finding Rule 41(a)(2) warrants dismissal, the Court **GRANTS** Petitioner's motion (Dkt. No. 8). *See Harris*, 500 F. App'x at 268 (quoting *Elbaor*, 279 F.3d at 317) (dismissal should be "freely granted").

Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**. Petitioner's Application for Order to Show Cause (Dkt. No. 2) is **DENIED AS MOOT**.

The Clerk of Court is **DIRECTED** to **TERMINATE** this Civil Action.

It is so **ORDERED**.

**SIGNED** September 29, 2026.

Marina Garcia Marmolejo
United States District Judge